# STATE SUPREME COURT
## NEW CASES, PROCEEDINGS AND DECISIONS

## Weekly Report of NEW CASES DOCKETED

### NEW CASES DOCKETED

| | |
|---|---|
| Cincin. Trac. Co. v. Young et.......... | 19616 |
| Day. & Xenia Bus Co. v. Pub. Util. Com. | 19613 |
| DeWitt v. Stevenson et ............. | 19610 |
| Euclid-Windsor Co. v. Ford-McCaslin Co. | 19617 |
| Ghaster v. Fostoria (City) ............ | 19618 |
| Hobstetter v. Pinkerman ............. | 19614 |
| Kangesser v. Krusch ............. | 19615 |
| Mason v. Tremayne ................. | 19609 |
| Miller et v. Hesseldo ............... | 19619 |
| State ex v. Zangerle ................ | 19612 |
| Tunney v. State .................... | 19611 |

### FEB. 1, 1926

19609—Harris E. Mason v. E. C. Tremayne; motion for Cuyahoga Appeals to certify. Turney & Sipe, Cleveland, for pltf; Robert L. Carr, C. F. Carr, Cleveland, for deft.

### FEB. 2, 1926

19610—Dean DeWitt v. Justin J. Stevenson and Fred Vercoe, partners, doing business as Stevenson & Vercoe; motion for Franklin Appeals to certify. C. M. Addison, Columbus, for pltf; Wilson & Rector, Columbus, for defts.

19611—Ed Tunney v. State of Ohio; error to the Hamilton Appeals, motion for Hammilton Appeals to certify. H. H. Shafer and E. P. Moulinier, Cincinnati, for pltf; A. C. Roudebush, Cincinnnati, for deft.

### FEB. 3, 1926

19612—State of Ohio ex rel, John P. Dempsey, Chief Justice of the Municipal Court of Cleveland v. John A. Zangerle as Auditor of Cuyahoga County; mandamus. W. T. Kinder and Tolles, Hogsett, Ginn & Morley, Cleveland, for pltf.

### FEB. 5, 1926

19613—Dayton & Xenia Motor Bus Co. v. Public Utilities Commission of Ohio; error to the Public Utilities Commission of Ohio. McMahon, Corwin, Landis & Markham, Dayton, for pltf; C. C. Crabbe and J. W. Bricker, Columbus, for deft.

19614—Catherine Hobstetter v. E. A. Pinkerman, W. A. Dilley and John Brothers, as County Commissioners of Lawrence County; motion for Lawrence Appeals to certify. Johnson & Jones, Ironton, for pltff; Andrews & Edwards, Ironton, for defts.

19615—Harry A. Kargesser v. Emmanuel Krusch; motion for Cuyahoga Appeals to certify its record. N. B. Howells and C. A. Riemenschneider, Cleveland, for pltf; Scott & Bissell, Cleveland, for deft.

### FEB. 6, 1926

19616—Cincinnati Traction Co. v. James Young and Phoebe Young, executrix of the estate of James Young, deceased; motion for Hamilton Appeals to certify. DeCamp, Sutphin & Brumleve, Cincinnati, for pltf.; B. P. Pink, Cincinnati, for defts.

### FEB. 8, 1926

19617—Euclid-Windsor Co. v. Ford McCaslin Co.; motion for Cuyahoga Appeals to certify. Guthery, Guthery, Binyon and Williams, Cleveland, for pltf; Tolles, Hogsett, Ginn & Morley, Cleveland, for deft.

19618—S. L. Ghaster v. City of Fostoria, et al; motion for Seneca Appeals to certify. A. G. Fuller, Findlay, for pltf; O. R. Wade, R. C. Guernsey, Fostoria, and W. K. Keppel, Tiffin, for defts.

19619—J. J. Miller and Walter Wentland v. Alden Hesseldo; motion for Richland Appeals to certify. C. H. Workman, Mansfield, for pltf; Mansfield & Black, Mansfield for deft.

## PROCEEDINGS OF SUPREME COURT

### GENERAL DOCKET

| | |
|---|---|
| State ex v. Justice .................. | 19261 |
| State ex v. Schlesinger ............. | 19325 |
| State ex v. Witter .................. | 19213 |
| Tol. Fos. & Fin. Ry. Co. v. O. Cent. Ry. Co. ............................. | 19089 |
| Watkins v. State ................... | 19415 |

### MOTION DOCKET

| | |
|---|---|
| Amster v. Freedlander ............. | 19550 |
| Bivin v. Court ..................... | 19526 |
| Bowers v. Bowers .................. | 19500 |
| Cuthbertson v. State ............... | 19557 |
| Dantel v. Dantel ................... | 19521 |
| Doehler Die Cast. Co. v. McNeely..... | 19279 |
| Lake Shore Elec. Ry. Co. v. Pub. Util. Comm. ........................... | 19509 |
| Lang v. Lima Hos. Soc............... | 19476 |
| Millers Mut. Fire Ins. Co. v. O. & M. Paper Co. ....................... | 19552 |
| Moore v. Shaffer et ................ | 19525 |
| New Amst. Hotel Co. v. Sable ........ | 19459 |
| Ohio Bell Tel. Co. v. Cennamo......... | 19535 |
| Renfro v. State .................... | 19475 |
| Ryan v. State ..................... | 19474 |
| Scott v. Penn.-Ohio Elec. Co.......... | 19483 |
| Shaker Heights (Bd. of Ed.) v. State ex. | 19479 |
| Spitz v. Warman .................. | 19471 |
| State v. McClish ................... | 19478 |
| Watkins v. State .................. | 19515 |

### PROCEEDINGS
### OHIO SUPREME COURT
#### TUESDAY, FEBRUARY 9, 1926
#### GENERAL DOCKET

19089—Toledo, Fostoria & Findlay Railway Co. v. the Ohio Central Railway Co. Lucas. Judgment affirmed. Dock. 4-24-25; 3 Abs. 295; OA. 3 Abs. 274.